■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JOHNSON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crimes of burglary, third degree, and attempted petit larceny.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ MINNIE LIPPA, Appellant, v. COLUMBIA L. WINKLER, Respondent.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Equity Term dismissing plaintiff's complaint on the merits.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.